State vs. Williams.

No. 9327.

THE STATE OF LOUISIANA VS. ROBERT WILLIAMS ALIAS "BLINKEY BOB."

37 311
52 1255
37 311
106 269

This is an appeal from a conviction of murder and a sentence of death, in which the record contains no plea or proceeding within the province of the Supreme Court in criminal matters, and is not even supported by a brief of counsel for the appellant.

The habit among certain members of the bar, of taking appeals in capital criminal cases, and not following them up, is to be deprecated.

APPEAL from the Criminal District Court for the parish of Orleans. *Roman*, J.

*M. J. Cunningham,* Attorney General, and *Lionel Adams,* District Attorney, for the State, Appellee.

*F. B. Earhart* for Defendant and Appellant.

The opinion of the Court was delivered by

POCHÉ, J. This appeal, which is taken from a conviction of murder and a sentence of death, presents a record barren of any plea or proceeding which we are authorized to review under our limited jurisdiction in criminal matters.

A thorough examination of the record fails to disclose any plea in bar, motion to quash, bill of exception or motion in arrest of judgment, and it has satisfied us that the accused has had a fair and impartial trial, during which all the modes of proceeding, and other forms prescribed by law, have been observed with commendable regularity and precision.

Under such a showing, the defendant could surely expect no relief at our hands.

That circumstance was doubtless the reason which deterred his counsel from even filing a brief in his behalf.

We are constrained to note the growing habit among certain members of the bar, of taking appeals in important criminal cases, and of giving no further attention to the same.

The habit must be seriously deprecated.

Judgment affirmed.

Rehearing refused.